# Affidavit of Process Server

**United States District Court, District of Oregon, State of OR**
(NAME OF COURT)

| Tranxition, Inc. | vs | Total Defense, Inc. | 3:12-cv-1066-aa |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Kathleen H. Nelson**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I Served **Total Defense, Inc.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, Complaint, (See Attachment To Proof of Service)**

by leaving with **Jimmy Leo, IT Director, Person In Charge of Office**  At
NAME / RELATIONSHIP

☐ Residence _____ ADDRESS / CITY / STATE

☒ Business **555 Twin Dolphin Drive Suite 610   Redwood City, CA**
ADDRESS / CITY / STATE

On **6/18/2012** AT **1:40 PM**
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on **6/19/2012**

from **_____   Oakland, CA   _____**
CITY / STATE / ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of **18** and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

_Kathleen H. Nelson_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **20th** day of **June**, 20**12**, by **Kathleen H. Nelson**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_signature_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **California**

WILLIAM TSUI
COMM. # 1861333
NOTARY PUBLIC • CALIFORNIA
SAN MATEO COUNTY
My Comm Expires September 2, 2013

OL# 6782119