**Klaus H. Hamm**, OSB #091730
klaus.hamm @klarquist.com
**John D. Vandenberg**, OSB #893755
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

*Attorneys for Defendant*
*TOTAL DEFENSE, INC.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TRANXITION, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**TOTAL DEFENSE, INC.,** a Delaware corporation, **CA, INC.,** a Delaware corporation,<br><br>Defendants. | Civil Action No. 3:12-cv-1066-HZ<br><br>DEFENDANT TOTAL DEFENSE, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Total Defense, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  August 10, 2012      By:    s/Klaus H. Hamm
                                            **Klaus H. Hamm**, OSB #091730
                                            klaus.hamm@klarquist.com

**John D. Vandenberg**, OSB #893755
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

*Attorneys for Defendant*
*TOTAL DEFENSE, INC.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 10, 2012, a true copy of the foregoing **DEFENDANT TOTAL DEFENSE, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed with the United States District Court Clerk for the District of Oregon using the CM/ECF filing system, which will automatically notify all counsel of record of this filing.

                                                s/Klaus H. Hamm
                                                Klaus H. Hamm